UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Lavell Anthony,<br><br>       Plaintiff<br><br>v.<br><br>Cardnale Way Acura,<br><br>       Defendant | Case No.: 2:21-cv-02259-JAD-EJY<br><br>**Order Adopting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 5] |

The magistrate judge screened the plaintiff's complaint and recommends that this case be dismissed for lack of subject matter jurisdiction.[1] The deadline for the plaintiff to object to that recommendation was January 17, 2022, and no party filed anything or asked to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2] Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 5] is ADOPTED** in its entirety. **This case is DISMISSED** for lack of subject matter jurisdiction. If plaintiff wants to pursue this action, he must do so in state court. The Clerk of Court is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 1, 2022

---

[1] ECF No. 5.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).